IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY


   RASHEEN MINES,
                                    Civil No. 10-5163 (JBS)
              Petitioner,           [Crim. No. 06-126 (JBS)]
        v.
                                             **ORDER**
   UNITED STATES OF AMERICA,

              Respondent.


   This matter came before the Court upon Petitioner Hernandez's petition to vacate sentence under 28 U.S.C. § 2255 [Docket Item 1] and Petitioner's motion to supplement his petition [Docket Item 30]; the Court having considered the submissions of Petitioner and counsel in opposition, for reasons stated in the Opinion of today's date, and for good cause shown,

   IT IS, this __**26th**__ day of __**November**__, **2013**, hereby

   ORDERED that the Petitioner's motion to vacate, alter or amend his sentence pursuant to 28 U.S.C. § 2255 is DENIED, and it is

   ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), the Petitioner having failed to make a substantial showing of the denial of a constitutional right; and it is further

   ORDERED that Petitioner's motion to supplement his petition is DENIED; and it is further

ORDERED that the Clerk shall close this case upon the docket.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        Chief U.S. District Judge